UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 6:20-cr-006 |
| v. | ) | |
| | ) | |
| KELVIN D. PEEBLES | ) | |

ORDER TO DISMISS INDICTMENT

The motion of the Government for an order dismissing, without prejudice, the indictment is GRANTED.

The indictment is hereby dismissed without prejudice.

So ORDERED, this 12th day of March 2020.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT CHIEF JUDGE
SOUTHERN DISTRICT OF GEORGIA